# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TRINA BRITAIN, et al.,                                          )
                                                               )
                                    Plaintiff(s),              )          Case No. 2:12-cv-01240-GMN-NJK
                                                               )
vs.                                                            )          **ORDER GRANTING EXCEPTION**
                                                               )          **RE: SETTLEMENT CONFERENCE**
CLARK COUNTY, NEVADA,                                          )
                                                               )          (Docket No. 49)
                                    Defendant(s).              )
_____)

　　　　Pending before the Court is Plaintiffs' motion for an exception to the personal attendance requirements for the settlement conference.  Docket No. 49.  For good cause shown, the motion is hereby **GRANTED**.

　　　　IT IS SO ORDERED.

　　　　Dated: July 18, 2013

                                                 _____
                                                 Nancy J. Koppe
                                                 United States Magistrate Judge