**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TRINA BRITAIN, et al.,                    )
                    Plaintiff,            )   **Case No. 2:12-cv-1240-KJD-NJK**
                                          )
        vs.                               )
                                          )      **ORDER TEMPORARILY**
CLARK COUNTY, NEVADA,                     )   **UNSEALING TRANSCRIPT**
                    Defendant.            )
_____               )

On Oct. 31, 2013, this court received a transcript request from Adam Levine, Counsel for Plaintiff Trina Britain, dated Oct. 31, 2013, requesting a transcript of the sealed Placement of Settlement on the Record, dated Oct. 30, 2013.

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Plaintiff Counsel Adam Levine.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 31st day of October, 2013.

NANCY J. KOPPE
United States Magistrate Judge