# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, et al., ) </br> ) </br> Plaintiff(s), ) </br> ) </br> vs. ) </br> ) </br> CLARK COUNTY, NEVADA, ) </br> ) </br> Defendant(s). ) </br> _____) | Case No. 2:12-cv-1240-JAD-NJK </br></br> ORDER DENYING STIPULATION </br> TO EXTEND </br></br> (Docket No. 87) |

    Pending before the Court is a stipulation to extend the deadline to file a reply to the second motion for collective action. Docket No. 87. Stipulations to extend Court deadlines are not effective absent Court approval. *See* Local Rule 7-1(b). A showing of "good cause" is required for requests to extend deadlines. *See* Fed. R. Civ. P. 6(b)(1). To enable to the Court to make that determination, requests for extensions must "state the reasons for the extension requested." Local Rule 6-1(b). The pending stipulation provides no reason whatsoever for the requested extension, so the Court cannot find good cause exits. Accordingly, it is hereby DENIED without prejudice.

    IT IS SO ORDERED.

    DATED: May 6, 2014

                                                      _____ </br>
                                                    NANCY J. KOPPE </br>
                                                    United States Magistrate Judge