Robert W. Freeman, Jr., Esq.
Nevada Bar No.  003062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
702-893-3383
Attorneys for Defendant
Clark County

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| TRINA BRITAIN, KARL BEAVERS, RONALD BROOKS, BRET CEGAVSKE, BILLY CRANK, DENNIS CURRAN, KEVIN ECKHART, KENNETH HAWKES, RANDY HAWKES, IAN MASSY, RIC MOON, GRAJEDA NUBIA, MICHAEL PETTY, KAREN PIXLER, ERIC PRUNTY, ANTHONY RUSSO, TOM SERRANO, ANTHONY SMITH, MICHAEL SMITH, ENRIQUE STIEGELMEYER, ANTHONY VOGEL, and LAMONS WALKER, | CASE NO: 2:12-cv-01240-JAD-NJK  **STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING THE JOINT PRE-TRIAL ORDER**  **(First Request)** |
| Plaintiff, | |
| vs. | |
| CLARK COUNTY, NEVADA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that the parties shall have an additional ninety (90) days in which to file their Joint Pre-Trial Order.  The Joint Pre-Trial Order is currently due on April 30, 2015.

The extension is requested and based on the following:

Robert W. Freeman, counsel for defendants has been involved in multi day out of state

**LEWIS**

**BRISBOIS**

**BISGAARD**

depositions during the month of April 2015 in *Hackler v. State Farm, 3:14-cv-0531-MMD-VPC*. Further depositions in this matter are expected to continue through late May and early June.  In addition counsel for defendants is involved in preparing a motions for summary judgment in *Graham v. City of North Las Vegas, 2:13-cv-1818-KJD-VCF* and *Plank v. Mayoral, 2:12-cv-2205-JCM-PAL*.  In addition counsel is preparing an opening brief in Koiro v. Catanese, 14-17514.

Finally, counsel for defendants in preparing for trial in *Schwartz v. GEICO, A594541*, set to begin June 22, 2015.

Counsel for plaintiffs counsel just finished a three (3) day hearing before the Employee Management Relations Board ("EMRB") in *O'Leary v Las Vegas Metropolitan Police Department*, EMRB Case No. A1-046116 and is currently preparing for back to back cases before the EMRB in *NCLEA v Nye County*, EMRB Case No. A1-046123 and *ESEA/POA of CCSD v Clark County School District*, EMRB Case No. A1-046113 which are scheduled to begin on June 9, 2015.

In addition, counsel for plaintiff's wife was hospitalized on February 17, 2015 with a life threatening cardiac condition which has limited his availability.

The additional time will allow the parties the necessary time to prepare the Joint Pre-Trial Memo.

Based on the foregoing, the parties request that this Court order the time for to file the Joint Pre-Trial order be extend ninety (90) days up to and including July 29, 2015.

///

///

///

///

LEWIS

BRISBOIS

BISGAARD

- 2 -

1    ///

2         The parties acknowledge that this stipulation is made in good faith and not for purposes of

3

4    delay.

5    DATED this 22nd  day of April, 2015.          DATED this 22nd  day of April, 2015.

6    LEWIS BRISBOIS BISGAARD & SMITH          LAW OFFICE OF DANIEL MARKS

7

8    /s/ Robert W. Freeman                          /s/ Adam Levine
     Robert W. Freeman, Esq.                        Adam Levine, Esq.
9    Nevada Bar No. 3062                            Nevada Bar No. 4673
     6385 S. Rainbow Blvd., Suite 600               610 S. Ninth Street
10   Las Vegas, Nevada 89118                        Las Vegas, Nevada 89101
     Attorneys for Defendant                        Attorneys for Plaintiffs
11   Clark County

12

13

14                          **ORDER**

15        IT IS SO ORDERED.

16        Dated:  April 23, 2015.

17

18                          _____
19
                            U.S. DISTRICT COURT JUDGE
20

21

22

23

24

25

26

27

28

**LEWIS**

**BRISBOIS**

**BISGAARD**

- 3 -