ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant Clark County

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, KARL BEAVERS, RONALD BROOKS, BRET CEGAVSKE, BILLY CRANK, DENNIS CURRAN, KEVIN ECKHART, KENNETH HAWKES, RANDY HAWKES, IAN MASSY, RIC MOON, NUBIA GRAJEDA, MICHAEL PETTY, KAREN PIXLER, ERIC PRUNTY, ANTHONY RUSSO, TOM SERRANO, ANTHONY SMITH, MICHAEL SMITH, ENRIQUE STIEGELMEYER, ANTHONY VOGEL, and LAMONS WALKER,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, NEVADA,<br><br>Defendant. | CASE NO. 2:12-CV-01240-JAD-RJJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CLARK COUNTY TO FILE RESPONSE TO PLAINTIFFS' RENEWED MOTION FOR APPROVAL OF A COLLECTIVE ACTION**<br><br>(FIRST REQUEST)<br><br>**ORDER** |

COMES NOW, Plaintiffs and Defendant, by and through their counsels of record, and pursuant to Local Rule 6-1, the parties hereby stipulate, agree, and make joint application to extend the time for Defendant Clark County to file its Response to Plaintiffs' Renewed Motion for Approval of a Collective Action Under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. and Motion for an Order Requiring Defendant to Provide Contact Information for the Potential Members of the Collective Action and to Assist in Providing the Requisite Notice for Such an Action, Dkt. No. 111 (hereinafter "Plaintiffs' Renewed Motion").

4835-7505-9235.1

This extension is sought due to the complexity of the arguments made in the Plaintiffs' briefing and the substantial procedural history on this subject. Based on these circumstances Defendant Clark County seeks additional time to prepare a response to Plaintiff's Renewed Motion.

This request is made in good faith and not for purposes of delay. This is the first extension of time requested by counsel for filing Defendant Clark County's Response to Plaintiffs' Renewed Motion. Based upon the foregoing, the parties request that this Court order the time for Defendant Clark County to file its Response to Plaintiffs' Renewed Motion be extended fourteen (14) days from the current deadline of May 11, 2015 to May 25, 2015.

DATED this 11th day of May, 2015.                DATED this 11th day of May, 2015.

LEWIS BRISBOIS BISGAARD SMITH LLP                LAW OFFICES OF DANIEL MARKS

/s/ Robert W. Freeman                            /s/ Daniel Marks
Robert W. Freeman, Esq.                          Daniel Marks, Esq.
Nevada Bar No. 3062                              Nevada Bar No. 2003
6385 S. Rainbow Blvd., #600                      610 South Ninth Street
Las Vegas, Nevada 89118                          Las Vegas, Nevada 89101
Attorney for Defendant                           Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: May 11, 2015.

_____
U.S. DISTRICT COURT JUDGE

4835-7505-9235.1                                 2