

```
 1 │ ROBERT W. FREEMAN
   │ Nevada Bar No. 3062
 2 │ CAYLA WITTY
   │ Nevada Bar No. 12897
 3 │ LEWIS BRISBOIS BISGAARD & SMITH LLP
   │ 6385 S. Rainbow Boulevard, Suite 600
 4 │ Las Vegas, Nevada 89118
   │ 702.893.3383
 5 │ FAX: 702.893.3789
   │ Attorneys for Defendant Clark County
 6 │
 7 │           UNITED STATES DISTRICT COURT
 8 │                DISTRICT OF NEVADA
 9 │
```

| | |
|---|---|
| TRINA BRITAIN, KARL BEAVERS, RONALD BROOKS, BRET CEGAVSKE, BILLY CRANK, DENNIS CURRAN, KEVIN ECKHART, KENNETH HAWKES, RANDY HAWKES, IAN MASSY, RIC MOON, NUBIA GRAJEDA, MICHAEL PETTY, KAREN PIXLER, ERIC PRUNTY, ANTHONY RUSSO, TOM SERRANO, ANTHONY SMITH, MICHAEL SMITH, ENRIQUE STIEGELMEYER, ANTHONY VOGEL, and LAMONS WALKER, | CASE NO. 2:12-CV-01240-JAD-RJJ<br><br>**STIPULATION TO POSPTONE THE FILING OF THE JOINT PRE-TRIAL ORDER**<br><br>(SECOND REQUEST) |
| Plaintiffs, | |
| vs. | |
| CLARK COUNTY, NEVADA, | |
| Defendant. | |

COMES NOW, Plaintiffs and Defendant, by and through their counsels of record, and pursuant to Local Rule 6-1, the parties hereby stipulate, agree, and make joint application to postpone the date to file the Joint Pre-Trial Order.

The parties propose this postponement to allow all necessary procedural activities to resolve prior to the filing of a Joint Pre-Trial Order. Plaintiffs' Renewed Motion for Approval of a Collective Action Under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. and

4824-4870-0452.1

Motion for an Order Requiring Defendant to Provide Contact Information for the Potential Members of the Collective Action and to Assist in Providing the Requisite Notice for Such an Action, Dkt. No. 111 (hereinafter "Plaintiffs' Renewed Motion") is pending before the Court, and has the potential to alter the procedural prerequisites to trial. This stipulation is made in good faith and not for purposes of delay. This is the second request for continuance of the time to file the Joint Pre-Trial Order.

    Based upon the foregoing, the parties request that this Court postpone the filing of the Joint Pre-Trial Order, currently set for July 29, 2015, in this matter until sixty (60) days following the Court's decision on Plaintiff's Renewed Motion.

DATED this 25th day of June, 2015.

LEWIS BRISBOIS BISGAARD SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Cayla Witty, Esq.
Nevada Bar No. 12897
6385 S. Rainbow Blvd., #600
Las Vegas, Nevada 89118
Attorneys for Defendant

DATED this 25th day of June, 2015.

LAW OFFICES OF DANIEL MARKS

/s/ Adam Levine
Daniel Marks, Esq.
Nevada Bar No. 2003
Adam Levine
Nevada Bar No. 4673
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: June 26, 2015.

_____
UNITED STATES DISTRICT JUDGE