UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRINA BRITAIN, et al., | ) | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARK COUNTY, NEVADA, | ) | (Docket No. 155) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is the filing of a discovery demand. Docket No. 155. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Because the above document was filed in violation of the rules, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

IT IS SO ORDERED.

Dated: October 5, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge