UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRINA BRITAIN, et al., | ) | |
| | ) | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARK COUNTY, NEVADA, | ) | (Docket No. 161) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pursuant to the notice of withdrawal, Docket No. 167, the Court hereby **DENIES** as moot Defendant's motion to reopen discovery at Docket No. 161.

IT IS SO ORDERED.

Dated: November 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge