# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, et al., | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY, NEVADA, | |
| Defendant(s). | |

A settlement conference is set in this case for April 4, 2017. *See* Docket No. 179. On March 15, 2017, the Court received a letter from the Eighth Judicial District Court indicating that the attendance requirements outlined in that order setting the settlement conference would impose a hardship on that Court in that its deputy marshals would be required to miss work.[1] The Court hereby **SETS** a telephonic conference on this issue for 1:00 p.m. on March 22, 2017. Counsel of record and a representative from the Eighth Judicial District Court shall appear by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

---

[1] This letter was also served on counsel.

1        The Court further **INSTRUCTS** the Clerk's Office to fax a copy of this order to the Eighth
2 Judicial District Court at (702) 671-4378.
3        IT IS SO ORDERED.
4        DATED: March 15, 2017

                                                 _____
                                                 Nancy J. Koppe
                                                 United States Magistrate Judge