1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   ADAM LEVINE, ESQ.
3  Nevada State Bar No. 004673
   610 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 386-0536: FAX (702) 386-6812
   *Attorneys for Plaintiffs*

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF NEVADA

8

9  TRINA BRITAIN, KARL BEAVERS,                  Case No. 2:12-cv-01240-JAD-NJK
   RONALD BROOKS, BRET CEGAVSKE,
10 BILLY CRANK, DENNIS CURRAN,
   KEVIN ECKHART, KENNETH HAWKES,
11 RANDY HAWKES, IAN MASSY, RIC
   MOON, GRAJEDA NUBIA, MICHAEL
12 PETTY, KAREN PIXLER, ERIC PRUNTY,
   ANTHONY RUSSO, TOM SERRANO,
13 ANTHONY SMITH, MICHAEL SMITH,
   ENRIQUE STIEGELMEYER, ANTHONY
14 VOGEL, and LAMONS WALKER;

15      Plaintiffs,                              **MOTION FOR SUBSTITUTION OF
                                                 PARTY UNDER FED.R.CIV.P.25(a)**
16 v.

17 CLARK COUNTY, NEVADA

18      Defendant
   _____/
19

20      COMES NOW Gregory Ware, Special Administrator to the Estate of Theresa Ware by and

21 through undersigned counsel Daniel Marks, Esq. of the Law Office of Daniel Marks and pursuant to

22 Fed.R.Civ.P. 25(a) hereby moves to substitute GREGORY WARE, Special Administrator to the Estate

23 of Theresa Ware in place and instead of Opt-In Plaintiff THERESA WARE.

24 ///

1

On July 7, 2016 Gregory Ware, as Power of Attorney for Theresa Ware opted into the above entitled matter on behalf of Theresa Ware.

On October 31, 2016 Opt-In Plaintiff Theresa Ware died.

On January 19, 2017 Letters of Special Administration in Case No. P-16-090246-E (Estate of Theresa Grace Ware) were filed naming Gregory Ware as the Special Administrator.

On February  , 2017 a Statement of Death of Opt-In Plaintiff Theresa Ware was filed.

Given the fact that this matter is ongoing and the Court has ordered a Mandatory Settlement Conference (which has been set for April 4, 2017 at 9:30 a.m.). Mr. Ware as the Special Administrator for the Estate of Theresa Grace Ware respectfully requests that he be substituted for Opt-In Plaintiff Theresa Grace Ware.

DATED this 22nd day of February, 2017.

LAW OFFICE OF DANIEL MARKS

   /s/  Daniel Marks, Esq.             .
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiffs*

IT IS SO ORDERED.
Dated:  March 15, 2017

_____
United States Magistrate Judge