# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, et al., | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY, NEVADA, | |
| Defendant(s). | |

Pending before the Court is a motion to continue the telephonic hearing regarding the settlement conference, Docket No. 191, which is hereby **GRANTED**. The telephonic hearing set for March 22, 2017, is hereby **CONTINUED** to 8:45 a.m. on March 23, 2017. All required participants shall appear at that time as outlined in the Court's prior order at Docket No. 189.

The Court further **INSTRUCTS** the Clerk's Office to fax a copy of this order to the Eighth Judicial District Court at (702) 671-4378.

IT IS SO ORDERED.

DATED: March 16, 2017

_____
Nancy J. Koppe
United States Magistrate Judge