ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
CAYLA WITTY
Nevada Bar No. 12897
Cayla.Witty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
Clark County, Nevada

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

***

| | |
|---|---|
| TRINA BRITAIN, KARL BEAVERS, RONALD BROOKS, BRET CEGAVSKE, BILLY CRANK, DENNIS CURRAN, KEVIN ECKHART, KENNETH HAWKES, RANDY HAWKES, IAN MASSY, RIC MOON, GRAJEDA NUBIA, MICHAEL PETTY, KAREN PIXLER, ERIC PRUNTY, ANTHONY RUSSO, TOM SERRANO, ANTHONY SMITH, MICHAEL SMITH, ENRIQUE STIEGELMEYER, ANTHONY VOGEL, and LAMONS WALKER,<br><br>       Plaintiff,<br><br>   vs.<br><br>CLARK COUNTY, NEVADA<br><br>       Defendant. | CASE NO. 2:12-cv-1240-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR APPROVAL OF SETTLEMENT**<br><br><br>**(FIRST REQUEST)** |

The Parties, by and through the undersigned counsel of record, move the Court to extend the parties' deadline to file a Motion for Settlement Approval up to and including May 30, 2017. In support of this Motion, the Parties state as follows:

1.      On April 4, 2017, the parties participated in a settlement conference, overseen by Magistrate Judge Nancy J. Koppe. As a result of this conference, the parties were able to reach a

4816-8572-0647.1

settlement in this matter.  Because this matter is a conditionally certified collective action under Section 216(b) of the Fair Labor Standards Act, the settlement requires approval by the Court.

2.     At the close of the settlement conference, the parties went on the record to set forth the essential terms of the settlement. Magistrate Judge Koppe then set several tentative deadlines for the parties to finalize the settlement agreement and move to approve the settlement.  The deadline to file a motion to approve the settlement agreement was set for May 2, 2017. ECF #200.

3.     Since April 4, 2017, the parties have been negotiating the language for the Settlement Agreement, which will be submitted to the parties for review and approval after the final revisions are incorporated. Additional time will be necessary to obtain approval and signatures from all of the parties because some of the parties have relocated and no longer reside in the State of Nevada

4.     The parties are also negotiating the language of a Notice of Settlement to Opt-in Plaintiffs.  This Notice would, as required by case law, provide "the opt-in plaintiffs [with] notice of the settlement and an opportunity to object.".  *Tommey v. Computer Scis. Corp.,* No. 11-cv-2214, 2015 U.S. Dist. LEXIS 48011, at *3 (D. Kan. April 13, 2015)*; see also Howard v. Centrinex, LLC,* No. 15-9918-JWL, 2016 U.S. Dist. LEXIS 159652, at *2 (D. Kan. Nov. 17, 2016) ("Although the FLSA does not require a fairness hearing like that required for settlements of class actions brought under Federal Rule of Civil Procedure 23, many courts have determined that fairness hearings should be held unless the parties notify the court that the opt-in plaintiffs had notice of the settlement and an opportunity to object."). This will be sent to the opt-in plaintiffs once the parties have signed the Settlement Agreement.

5.     The parties respectfully request 28 additional days, up to and including May 30, 2017 within which to file a Motion for Approval of their settlement.  This extension will give the parties the opportunity to obtain the signatures of all Named Plaintiffs and provide notice to the

opt-in plaintiffs prior to filing the anticipated joint motion to approve the settlement agreement, some of whom have relocated and no longer reside in the State of Nevada.

6.  This motion is filed for good cause and not for purposes of undue delay or any other improper purpose.

WHEREFORE, the Parties respectfully request an extension of time, up to and including May 30, 2017, within which to file a Motion for Settlement Approval.

Dated this 2nd day of May, 2017.                    Dated this 2nd day of May, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP          LAW OFFICE OF DANIEL MARKS

*/s/ Cayla Witty*                                   */s/ Daniel Marks*
Robert W. Freeman, Esq.                             Daniel Marks, Esq.
Nevada Bar No. 3062                                 Nevada Bar No. 2003
Cayla Witty, Esq.                                   Adam Levine, Esq.
Nevada Bar No. 12897                                Nevada Bar No. 4673
6385 S. Rainbow Blvd., Suite 600                    530 South Las Vegas, Suite 300
Las Vegas, Nevada 89118                             Las Vegas, Nevada 89101
*Attorney for Defendant*                            *Attorneys for Plaintiffs*

Dated this 2nd day of May, 2017.

LAW OFFICES OF STEVEN J. PARSONS

*/s/ Steven I. Parsons-*
Steven J. Parsons
Nevada Bar No. 363
Joseph N. Mott.
Nevada Bar No. 12455
10091 Park Run Dr. Ste. 200
Las Vegas, Nevada 89145-8868
*Attorneys for Certain Plaintiffs*

## **ORDER**

IT IS SO ORDERED.

Dated May 3 _____, 2017.

_____
United States Magistrate Judge