```
                                                                    1

             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEVADA


  BRITAIN, et al.,              )   Case No. 2:12-cv-1240-JAD-NJK
            Plaintiffs,         )
  v.                            )        ORDER TEMPORARILY
  CLARK COUNTY, NEVADA,         )    UNSEALING AUDIO RECORDING
  et al.,                       )
            Defendants.         )


        Cayla Witty, Esq., submitted a Transcript Order form
  requesting a transcript of the sealed portion of the Settlement
  Conference, held on 4/4/2017.  The transcript is to be prepared by
  Felicia Zabin, Transcriber.

        IT IS THE ORDER OF THE COURT that the sealed audio
  recording shall be unsealed for the limited purpose of preparing
  the transcript by Felicia Zabin and providing a copy of the
  transcript to Cayla Witty, Esq., as requested.

        IT IS FURTHER ORDERED that the audio recording shall
  thereafter be resealed and a certified copy of the transcript be
  delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain
  sealed until further order of this Court.

        IT IS FURTHER ORDERED that the receiving party shall not
  disclose the sealed contents of the transcript of the proceeding
  to anyone other than the representatives of the parties directly
  concerned with this case.

           DATED  June 19            ,             , 2017.


                                    _____
                                    NANCY J. KOPPE
                                    United States Magistrate Judge
```