IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRITAIN, et al., <br> Plaintiffs, <br> v. <br> CLARK COUNTY, NEVADA, et al., <br> Defendants. | Case No. 2:12-cv-1240-JAD-NJK <br><br> ORDER TEMPORARILY <br> UNSEALING AUDIO RECORDING |

Andrew Rempfer, Esq., submitted a Transcript Order form requesting a transcript of the sealed portion of the Settlement Conference, held on 4/4/2017. The transcript is to be prepared by Felicia Zabin, Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Felicia Zabin and providing a copy of the transcript to Andrew Rempfer, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED June 21, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge