# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TRINA BRITAIN, et al., | ) | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 208) |
| CLARK COUNTY, NEVADA, | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendant's motion to seal the transcript of the hearing related to the parties' settlement conference. Docket No. 208; *see also* Docket No. 210 (transcript). Defendant does not advocate for sealing the transcript, stating instead that "Defendant asks that this Court determine the appropriate availability of this material pursuant to court rules and relevant case law." Docket No. 208 at 1. To the extent any party wishes to keep this transcript sealed, it must file a statement explaining grounds for so doing by July 28, 2017. If no party files such a statement, the motion to seal will be denied and the transcript will be unsealed. *Cf.* Local Rule 16-5 ("In the event of a dispute to enforce a settlement agreement, the court may order the disclosure of confidential information.")

IT IS SO ORDERED.

DATED: July 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge