# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, et al., | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 208) |
| CLARK COUNTY, NEVADA, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to seal the transcript of the hearing related to the parties' settlement conference. Docket No. 208; *see also* Docket No. 210 (transcript). "In the event of a dispute to enforce a settlement agreement, the court may order the disclosure of confidential information." Local Rule 16-5. To the extent any party wished to keep this transcript sealed, they were ordered to file a statement explaining grounds for so doing by July 28, 2017. Docket No. 214. No such statement was filed. Accordingly, the Court hereby **DENIES** the motion to seal and **INSTRUCTS** the Clerk's Office to unseal Docket No. 210.

IT IS SO ORDERED.

DATED: July 31, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge