# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, et al., | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 203) |
| CLARK COUNTY, NEVADA, | |
| Defendant(s). | |

Pending before the Court is a declaration from Defendant's counsel regarding the status of the approval of the settlement by the Board of County Commissioners. Docket No. 216. In light of the representations made therein, the pending motion to enforce the settlement agreement (Docket No. 203) is **DENIED** without prejudice. The Court expresses no opinion herein as to the merits of that motion.

Defendant's counsel shall file a further declaration, no later than September 8, 2017, regarding the Board meeting scheduled for September 5, 2017. Such declaration must state whether the Board has accepted the settlement terms. In the event the Board rejects the settlement terms, Defendant's counsel must further attest to whether he affirmatively recommended that the Board accept the settlement terms and whether the meeting was open to the public.

IT IS SO ORDERED.

DATED: August 14, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge