# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BRITAIN, et al., | Case No. 2:12-cv-01240-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| CLARK COUNTY, NEVADA, | |
| Defendant(s). | |

This case has been settled. *See* Docket No. 219. Dismissal papers shall be filed by September 21, 2017.

IT IS SO ORDERED.

DATED: September 7, 2017

NANCY J. KOPPE
United States Magistrate Judge