ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER
Nevada Bar No. 009127
Danielle.Miller@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
Clark County, Nevada

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| TRINA BRITAIN, KARL BEAVERS, RONALD BROOKS, BRET CEGAVSKE, BILLY CRANK, DENNIS CURRAN, KEVIN ECKHART, KENNETH HAWKES, RANDY HAWKES, IAN MASSY, RIC MOON, NUBIA GRAJEDA, MICHAEL PETTY, KAREN PIXLER, ERIC PRUNTY, ANTHONY RUSSO, TOM SERRANO, ANTHONY SMITH, MICHAEL SMITH, ENRIQUE STIEGELMEYER, ANTHONY VOGEL, and LAMONS WALKER, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, NEVADA, <br><br> Defendant. | CASE NO. 2:12-cv-1240-JAD-(NJK) <br><br> **STIPULATION AND ORDER FOR DISMISSAL** <br><br> ECF NO. 221 |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled, and upon the terms and conditions of the settlement,

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees, except for the previously agreed-to payments by Defendant Clark County to Plaintiffs' counsel, to-wit: Law Offices of Daniel Marks, in the Sum of One Hundred Seventeen Thousand Five Hundred Dollars

4848-8700-5519.1

($117,500.00), and to the Law Offices of Steven J. Parsons, in the sum of Thirty-Two Thousand Five Hundred Dollars ($32,500.00) which payments to Plaintiffs' counsel were and remain a material term of the settlement and which shall be paid forthwith.

Dated this 12th day of September, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Danielle C. Miller
Robert W. Freeman, Esq.
Nevada Bar No. 003062
Danielle C. Miller, Esq.
Nevada Bar No. 009127
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant*

Dated this 12th day of September, 2017.

LAW OFFICE OF DANIEL MARKS

/s/ Daniel Marks
Daniel Marks, Esq.
Nevada Bar No. 002003
Adam Levine, Esq.
Nevada Bar No. 004673
530 South Las Vegas, Suite 300
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 12th day of September, 2017.

LAW OFFICES OF STEVEN J. PARSONS

/s/ Steven J. Parsons
Steven J. Parsons
Nevada Bar No. 000363
Joseph N. Mott.
Nevada Bar No. 012455
10091 Park Run Dr. Ste. 200
Las Vegas, Nevada 89145-8868
*Attorneys for Certain Plaintiffs*

**ORDER**

Based on the parties' stipulation **[ECF No. 221]** and good cause appearing, and with no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed with prejudice, each party to bear its own fees and costs except as described in the above stipulation. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
September 12, 2017